# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 28, 2014

### NO. 03-13-00772-CV

**Alan S. Owens, Appellant**

**v.**

**Shari B. Kasberg, Appellee**

### APPEAL FROM COUNTY COURT AT LAW OF BURNET COUNTY
### BEFORE JUSTICES PURYEAR, GOODWIN AND FIELD
### DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE FIELD

This is an appeal from the order signed by the trial court on November 8, 2013. Having reviewed the record, the Court holds that Alan S. Owens has not prosecuted his appeal and did not comply with a notice from the clerk of this court. The appeal is thus subject to dismissal. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.